IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAURICIO OROZCO-RIOS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:14-cv-0568 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Trauger |
| ) | |
| Respondent. ) | |

ORDER

Movant Mauricio Orozco-Rios, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (ECF No. 1.) The petitioner asserts that he was subjected to the ineffective assistance of counsel during plea proceedings, in violation of the Sixth Amendment, and that his plea was not knowing and voluntary.

The court has examined the motion as required by Rule 4(b) of the Rules Governing Section 2255 Proceedings and determined that it is not readily apparent on the face of the motion that the movant is not now entitled to relief. Accordingly, the Clerk is **DIRECTED** to serve a copy of the motion and this order on the United States Attorney. The United States Attorney for this judicial district shall answer, plead, or otherwise respond to the motion in conformity with Rule 5 of the Rules Governing Section 2255 Proceedings within **60 days** of the date of entry of this Order.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge