# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MAURICIO OROZCO-RIOS | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0568 |
| | ) | (Criminal No. 3:09-00186-1) |
| UNITED STATES OF AMERICA | ) | Judge Trauger |
| | ) | |

## **O R D E R**

It is hereby **ORDERED** that the court will accept the Memorandum of Law filed by the petitioner (Docket No. 19), even though it was filed a few days late.

It is so **ORDERED**.

ENTER this 11th day of June 2014.

                                                                          _____
                                                                          ALETA A. TRAUGER
                                                                          U.S. District Judge