IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAURICIO OROZCO-RIOS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:14-cv-00568 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Trauger |
| ) | |
| Respondent. ) | |

## ORDER

Mauricio Orozco-Rios, a federal prisoner incarcerated at FCI Ray Brook, has filed a *pro se* motion under 28 U.S.C. § 2255, challenging a conviction and sentence issued by this Court in March 2011.

As explained in the accompanying Memorandum Opinion, the court finds that Mauricio Orozco is not entitled to relief on the basis of his claims that (1) his plea was involuntary or (2) his counsel was ineffective insofar as he permitted Orozco to enter an involuntary plea. Those claims are therefore **DISMISSED**.

However, the record does not conclusively establish that Orozco is not entitled to relief on the basis of claims of ineffective assistance of counsel at sentencing. The court finds, therefore, that further briefing and an evidentiary hearing are required before the court may address those claims.

Accordingly, the Federal Public Defender's Office is **DIRECTED** to designate a member of the Federal Defender's Panel to represent Mr. Orozco. New counsel for Mr. Orozco shall promptly enter a notice of appearance. Counsel is granted **60 days** from the date this order is docketed to file an amended § 2255 motion on behalf of Mauricio Orozco. Thereafter, the respondent shall have **30 days** to file his response to the supplemented motion. A hearing date will be set by subsequent order after briefing is concluded.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge