IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MAURICIO OROZCO-RIOS | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0568 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**O R D E R**

To the extent that the petitioner requests in his *pro se* filing the appointment of new counsel (Docket No. 31), that request is **DENIED**. He has been appointed counsel from the independent panel of private attorneys who are appointed when the lawyers within the Federal Public Defender's Office are conflicted out of a case.

To the extent that this filing requests reconsideration of any prior ruling by this court, it is **DENIED**. This petitioner now has appointed counsel, who will file all necessary motions on his behalf.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge